UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

EDWARD GUILLEN

                                Plaintiffs,

           -against-

CITY OF NEW YORK, individually and in their official capacities as police officers, YERALDY BONIFACIO, MICHAEL DAPPOLONIA, JOSE TORIBIO, AMANDA KNAPP and JOHN DOES 1-10,

                                Defendants.
-----------------------------------------------------------------x

[~~PROPOSED~~]
**REVISED SCHEDULING ORDER**

19 Civ. 11784 (NRB)

**NAOMI R. BUCHWALD, United States District Judge**:

On July 14, 2022, Defendants sought an extension of time to file their motion for summary judgment in this action, as well as an extension of all corresponding briefing dates. Plaintiff consented to the request.

Defendants' request for an extension is GRANTED, and accordingly, the Court sets the following revised briefing schedule:

Defendants' Motion for Summary Judgment Due: August 1, 2022

Plaintiff's Opposition Due: August 29, 2022

Defendants' Reply, if any, Due: September 12, 2022

**SO ORDERED.**

Dated: New York, New York
       July _19_, 2022

                                               NAOMI R. BUCHWALD
                                               United States District Judge